# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **DANIEL DAHL,** Defendant. | **VIOLATION:** **FBDW00HE** **Location Code: M7** **ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $85 fine and $30 processing fee for violation FBDW00HE (for a total of $115), and for good cause shown, **IT IS ORDERED** that the $115 fine paid by the defendant is accepted as a full adjudication of violation FBDW00HE.

**IT IS FURTHER ORDERED** that the initial appearance scheduled for June 9, 2022, is **VACATED**.

DATED this <u>14th</u> day of April, 2022.

_____
John Johnston
United States Magistrate Judge